**Levin-Epstein & Associates, P.C.**
1 Penn Plaza, Suite 2527
New York, NY 10119
Tel: (212) 792-0046
Fax: (212) 563-7108
joshua@levinepstein.com

---

December 9, 2017

Hon. Leonard D. Wexler
Senior United States District Court Judge
Eastern District of New York
944 Federal Plaza
Central Islip, NY 11722

                                          Re:     Khallili v. True Me Brands et al.
                                                      Case No.  2:17-cv-05192 (LDW) (ARL)

Dear Judge Wexler:

       This office represents the plaintiff and requests an extension of thirty (30) days to complete service upon defendants Big Prickly, LLC, Big Prickly Real Estate Holdings, LLC, and True Nopal Holdings, LLC.

       The date by which service was to be completed was December 4, 2017 and on that date, plaintiff requested an extension of time to complete service from Magistrate Judge Lindsay. Individual Rules, Section 1 (E); ECF 7.  On December 8, 2017, Magistrate Judge Lindsay ordered that plaintiff redirect its motion to your Honor.  The representative for the appearing defendants has indicated consent regarding the extension, while there is no representative for the non-appearing defendants.  This requested extension does not affect any other scheduled dates.

       It is expected that within thirty (30) days, plaintiff will file a notice of voluntary discontinuance against all defendants.  Fed. R. Civ. P. 41.  Thank you.

                                                          Respectfully Submitted,

                                                          /s/ Joshua Levin-Epstein
                                                          Joshua Levin-Epstein

cc:      Via first-class mail and email

            Rick L. Shackelford (shackelfordr@gtlaw.com)
            Greenberg Traurig, LLP
            1840 Century Park East, Suite 1900
            Los Angeles, CA 90067

            Counsel for defendants
            True Nopal Ventures, LLC and
            True Me Brands, LLC