United States District Court
Eastern District of New York                                    2:17-cv-05192 (LDW) (ARL)

| |
|---|
| Houman Khallili, individually and on behalf of all others similarly situated, |
| Plaintiff, |
| - against - |
| True Me Brands, LLC, Big Prickly, LLC, Big Prickly Real Estate Holdings, LLC, True Nopal Ventures, LLC and True Nopal Holdings, LLC, |
| Defendants |

Notice of Voluntary
Dismissal with Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against all defendants.

Dated: December 14, 2017

Respectfully submitted,

Levin-Epstein & Associates, P.C.

By:    /s/ Joshua Levin-Epstein
Joshua Levin-Epstein
1 Penn Plaza, Suite 2527
New York, NY 10119
Tel: (212) 792-0046
Fax: (212) 563-7108
joshua@levinepstein.com

Sheehan & Associates, P.C.

By:    /s/ Spencer Sheehan
Spencer Sheehan
891 Northern Blvd., Suite 201
Great Neck, NY 11021
Tel: (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

cc: Via first-class mail and email

    Rick L. Shackelford (shackelfordr@gtlaw.com)
    Greenberg Traurig, LLP
    1840 Century Park East, Suite 1900
    Los Angeles, CA 90067

    Counsel for defendants
    True Nopal Ventures, LLC and
    True Me Brands, LLC

Case 2:17-cv-05192-LDW-ARL Document 9 Filed 12/14/17 Page 2 of 3 PageID #: 32

2:17-cv-05192 (LDW) (ARL)
United States District Court
Eastern District of New York

Houman Khallili, individually and on behalf of all others similarly situated,

        Plaintiff,

- against -

True Me Brands, LLC, Big Prickly, LLC, Big Prickly Real Estate Holdings, LLC, True Nopal Ventures, LLC and True Nopal Holdings, LLC,

        Defendants.

## Notice of Voluntary Dismissal
## With Prejudice Pursuant to
## Fed. R. Civ. P. 41(a)(1)(A)(i)

Levin-Epstein & Associates, P.C.
1 Penn Plaza
Suite 2527
New York, NY 10119
Tel: (212) 792-0046
Fax: (212) 563-7108
joshua@levinepstein.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  December 14, 2017
       New York, New York

                                        /s/ Joshua Levin-Epstein
                                        Joshua Levin-Epstein